KENDALL H. MacVEY, Bar No. 57676
kendall.macvey@bbklaw.com
GREGORY G SNARR, Bar No. 267217
gregory.snarr@bbklaw.com
MILES B. H. KRIEGER, Bar No. 309797
miles.krieger@bbklaw.com
HOLLAND P. STEWART, Bar No. 317028
holland.stewart@bbklaw.com
BEST BEST & KRIEGER LLP
3390 University Avenue, 5th Floor
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Facsimile: (951) 686-3083

Attorneys for Plaintiff
COACHELLA VALLEY ASSOCIATION
OF GOVERNMENTS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACHELLA VALLEY ASSOCIATION OF GOVERNMENTS, a public entity, | Case No.  5:19-CV-02419 |
| Plaintiff, | **COMPLAINT IN CONDEMNATION** |
| v. | |
| 52.462 ACRES OF LAND, MORE OR LESS, IN RIVERSIDE COUNTY, CALIFORNIA; | |
| UNITED STATES OF AMERICA; | |
| BEVERLY R. DIAZ, an individual; | |
| ELI DIAZ, an individual; | |
| THE HEIRS AND DEVISEES OF TASHEENA DIAZ, Deceased, and All Persons Unknown Claiming an Interest By, Through or Under Said Decedent; | |
| BELINDA SEGUNDO SHORT; a/k/a BELINDA SUE SHORT; a/k/a BELINDA S. SHORT; | |
| ARTHUR W. DIAZ, JR., an | |

1

1  individual, a/k/a ARTHUR DIAZ, JR.;

2  R. C. ELLIS, an individual;

3
4  LAWRENCE JOSEPH BOW, an individual;

5  LEONARD CHARLES BOW, an individual;

6
7  MIDVALLEY CENTER, L.P., a California limited partnership;

8  LAMAR CENTRAL OUTDOOR LLC, a Delaware corporation, d/b/a
9  LAMAR ADVERTISING OF PALM SPRINGS;

10
11  CTBC BANK CORP. (USA), Successor in Interest by Merger with CHINA TRUST BANK OF
12  CALIFORNIA;

13  FIRST AMERICAN TITLE INSURANCE COMPANY, a
14  Nebraska corporation;

15  ARTHUR J. ROUSE, d/b/a OUTDOOR RESORTS;

16
17  TANYA R. MORRETTI, an individual;

18  LONI A. BOW, an individual;

19  MALERIE MARQUEZ, an individual;

20
21  CLARA M. BOW, an individual;

22  JUAN SEGUNDO, JR., an individual;

23  VINCENT GONZALES, JR., an individual;

24
25  LAWRENCE W. BOW, an individual;

26  FIRST NATIONWIDE RESORT MANAGEMENT, INC., a California
27  corporation;

28  FALCON LAKE PROPERTIES, a

California limited partnership;

RUTH ELAINE PATENCIO; an individual;

COLUMBINE CORP., California corporation;

DESERT COVE GOLF RESORT, LLC, a California limited liability company;

UNITED CALIFORNIA BANK, a California corporation;

WELK PARK NORTH, a California general partnership;

WELK PARK RESORT GROUP, INC., a California corporation, a/k/a WELK PARK RESORT GROUP;

PRLP, INC., a North Carolina corporation, Successor by Merger with CONTINENTAL AUXILIARY COMPANY, a California corporation;

LAS ESTANCIAS DEVELOPMENT, INC., a California corporation;

TICOR TITLE COMPANY OF CALIFORNIA, a California corporation, Successor in Interest to Title Insurance & Trust;

WELK RESORT PROPERTIES, INC., a California corporation;

PALM SPRINGS DESERT PRINCESS CO., an entity of unknown origin;

SECURED ALLIED SERVICES, an entity of unknown origin;

RESOLUTION TRUST CO., an entity of unknown origin;

FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Florida corporation;

SEAN M. SCHOOLCRAFT, an

1  individual;

2  DONALD PATRICK
   CHORMICLE, an individual;

3

4  ELLEN RICE, an individual;

   DEBRA GONZALES, an individual;
5
   DARLENE DIAZ, an individual;
6
   TIMOTHY E. DONOVAN, Trustee
7  of the ESTATE OF CATHEDRAL
   CANYON COUNTRY CLUB
8  PROPERTIES, an entity of unknown
   origin;

9
   PALMS SPRINGS MOTORS, INC.,
10 a California corporation;

11 OK DESERT OASIS GOLF
   MANAGEMENT CORP., an
12 Oklahoma corporation, Successor in
   Interest by Merger with DESERT
13 OASIS GOLF MANAGEMENT
   CORP., a California corporation;

14
   CATHEDRAL GOLF, L.P., a
15 California limited partnership;

16 PAULA J. BLEILE BELKNAP, an
   individual;
17
   THE HEIRS AND DEVISEES OF
18 LISA M. BLEILE, Deceased, and
   All Persons Claiming an Interest By,
19 Through or Under Said Decedent;

20 MHC DATE PALM L.L.C., a
   Delaware limited liability company;
21
   PALM SPRINGS MOBILE
22 COUNTRY CLUB, a California
   corporation;

23
   STATE OF CALIFORNIA,
24 FRANCHISE TAX BOARD;

25 WELLS FARGO BANK, N.A.;

26 M.F.S. PROPERTIES, a California
   corporation;
27
   R A M PROPERTIES, an entity of
28

1  unknown origin;

2  HAPPY TRAVELER
   RECREATIONAL VEHICLE
3  PARK, a California corporation;

4  PATRICIA MARIE ANDREAS, an
   individual;
5
   JOHN ANDREAS, JR., an
6  individual;

7  ALBERTA PAULINE ARVISO, an
   individual;
8
   AMBER L. ARVISO, an individual;
9
   THE HEIRS AND DEVISEES OF
10 PETER FLOYD ARVISO, SR.,
   Deceased, and All Persons Claiming
11 an Interest By, Through or Under
   Said Decedent;
12
   PETER FLOYD ARVISO, JR. an
13 individual;

14 ANTHONY BOLES, an individual;

15 TOMMY JACOBS' BEL AIR
   GREENS LP, a California limited
16 partnership;

17 JOHN DAMON ANDREAS, an
   individual;
18
   DIANA BOW, an individual;
19
   LUCILLE ANN BOW, an
20 individual;

21 PRO TOUR CLASSICS, INC., a
   California corporation;
22
   PRISCILLA ANNE PETE, an
23 individual;

24 LEROY FRANCISCO SEGUNDO,
   an individual; a/k/a LEROY F.
25 SEGUNDO;

26 CAIN DEVELOPMENT CORP., a
   California corporation;
27
   NEW MESQUITE
28 DEVELOPMENT ASSOCIATES,

1  LTD, a California limited
   partnership;
2
   THE HEIRS AND DEVISEES OF
3  JAMES F. TEMPLE, Deceased, and
   All Persons Claiming an Interest By,
4  Through or Under Said Decedent;

5  MESQUITE COUNTRY CLUB,
   LLC, a California limited liability
6  company;

7  MESQUITE COUNTRY CLUB
   CONDOMINIUM HOMEOWNERS
8  ASSOCIATION, a California non-
   profit mutual benefit corporation;
9
   NATIONAL GOLF OPERATING
10 PARTNERSHIP, L.P., a limited
   partnership;
11
   AMERICAN GOLF
12 CORPORATION, a California
   corporation;
13
   BELINDA JOYCE OLINGER, an
14 individual;

15 FRANCES LUCILLE DAY, an
   individual;
16
   FRANCES D. CUMMINGS, an
17 individual, a/k/a FRANCES DIAZ
   EDWARDS;
18
   JACOB S. WARD, an individual;
19
   DAVID H. WARD, an individual;
20
   BARBARA M. GONZALES
21 LYONS, an individual, a/k/a
   BARBARA M. GONZALES
22 YOUNG;

23 FREDERICK SEALEY, an
   individual;
24
   SUNRUN, INC., a Delaware
25 corporation;

26 CITY NATIONAL BANK, a
   National Banking Association;
27
   FNBC PROPERTIES, INC., a
28

1   Delaware corporation;

2   DE ANZA PROPERTIES, IX, a
    California limited partnership;

3
    JACK DEAN FRANKS, Trustee of
4   the JACK DEAN FRANKS Trust
    dated June 21, 1979;

5
    DEBRAH M. PURNEL, an
6   individual;

7   WELK RESORT GROUP, INC., a
    California corporation; and,

8
    ALL PERSONS UNKNOWN
9   CLAIMING AN INTEREST IN
    THE PROPERTY; and DOES 1
10  through 100, inclusive,

11                    Defendants.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff Coachella Valley Association of Governments ("CVAG") alleges as follows:

## JURISDICTION AND VENUE

1.     This Court has jurisdiction over the instant action under 28 U.S.C. § 1331 and 25 U.S.C. § 357, because CVAG's claims arise under the laws of the United States and apply to lands allotted in severalty to individual members of an Indian tribe or tribes, as held in trust by the United States.

2.     Venue in this Court is appropriate under 28 U.S.C. § 1391(b), because the lands subject to this action are located wholly within the Central District of California.  In addition, all the property that is the subject of this *in rem* action is located within the Eastern Division of the Central District of California.

## NATURE OF THE ACTION

3.     This is an *in rem* action initiated under authority conferred by 25 U.S.C. § 357, California Code of Civil Procedure § 1240.140, California Government Code §§ 25330.5 and 37350, and CVAG's joint powers agreement, as amended.  25 U.S.C. § 357, titled "Condemnation of lands under laws of States," authorizes condemnation of allotted lands held in trust by the United States for individual members of Indian tribes:  "Lands allotted in severalty to Indians may be condemned for any public purpose under the laws of the State or Territory where located in the same manner as land owned in fee may be condemned, and the money awarded as damages shall be paid to the allottee."

4.     CVAG seeks to acquire perpetual, exclusive easements over portions of the properties subject to this action, for the purpose of constructing a multi-modal transportation pathway in the Coachella Valley, as alleged *infra*.  The table in paragraph 11, *infra*, identifies the specific properties subject to this action, and correlates the defendants who have been joined in this action with those properties.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

## PARTIES AND PROPERTIES

5.     CVAG is a California joint powers authority and public entity established pursuant to California Government Code § 6500 *et seq*.  CVAG was created in 1973 to coordinate and improve the planning and delivery of governmental responsibilities common to all CVAG's public agency members within the local region.

6.     CVAG consists of an Administrative Department, Energy & Environmental Resources Department, and Transportation Department.  CVAG's Transportation Department administers a multi-billion dollar transportation program, including administering 50 percent of Riverside County's Measure A sales tax revenue for the Coachella Valley.

7.     CVAG is comprised of "public agencies," as that term is defined in California Government Code § 6500, which are established by law with full powers of government in legislative, administrative, financial, and related matters.  This includes the power of eminent domain under California Government Code §§ 25350.5 and 37350.5, as applicable, which CVAG's member agencies may jointly exercise pursuant to California Code of Civil Procedure § 1240.140.

8.     CVAG's public agency members are the County of Riverside, City of Coachella, City of Indio, City of La Quinta, City of Indian Wells, City of Palm Desert, City of Rancho Mirage, City of Cathedral City, City of Palm Springs, City of Desert Hot Springs, City of Blythe, the Agua Caliente Band of Cahuilla Indians, and the Cabazon Band of Mission Indians.

9.     CVAG is, however, a separate public entity from its member agencies. The joint powers agreement of CVAG, as amended in 2018, authorizes CVAG to acquire property by eminent domain.

10.     Defendants in this action fall within four general categories:  (1) the 52.462 acres of land, more or less, over which CVAG seeks to acquire perpetual, exclusive easement interests in this action (the "Property"); (2) individual members

of an Indian tribe ("Allottees") for whom the lands subject to this action are held in trust by the United States ("Allotted Lands"); (3) individuals or businesses that hold some form of possessory or non-possessory interest in the Property; and (4) the United States, which holds title to the Allotted Lands, including the Property, in trust for the Allottees.  CVAG is not aware of any fractionalized allotted interests in any of the Allotted Lands subject to this action that are owned by or held in trust for any Indian tribe pursuant to the Indian Land Consolidation Act, 25 U.S.C. § 2201 *et seq.*

11.     The table below contains all defendants believed to have an interest in the Property known to CVAG at the time of filing, more particularly described in the legal definitions, legal descriptions, and depictions incorporated herein and attached hereto as Exhibit A:

| PROPERTY | DEFENDANT | INTEREST |
|---|---|---|
| **5.728 ACRES, MORE OR LESS, OF ALLOTMENT 104C APN 680-170-053** | United States of America | Fee Owner in Trust |
| | Beverly R. Diaz, an individual | Ownership Interest |
| | Eli Diaz, an individual | Ownership Interest |
| | The Heirs and Devisees of Tasheena Diaz, Deceased, and All Persons Claiming an Interest By, Through or Under Said Decedent | Ownership Interest |
| | Belinda Segundo Short, an individual, a/k/a Belinda Sue Short | Leasehold Interest |
| | Arthur W. Diaz, Jr., an individual | Leasehold Interest |
| | R. C. Ellis, an individual | Leasehold Interest |
| | Lawrence Joseph Bow, an individual | Leasehold Interest |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| **PROPERTY** | **DEFENDANT** | **INTEREST** |
|---|---|---|
| | Leonard Charles Bow, an individual | Leasehold Interest |
| | Midvalley Center, L.P., a California limited partnership | Leasehold Interest |
| | | |
| **8.530 ACRES, MORE OR LESS, OF ALLOTMENT 104E APN 680-180-040** | United States of America | Fee Owner in Trust |
| | Beverly R. Diaz, an individual | Ownership Interest |
| | Eli Diaz, an individual | Ownership Interest |
| | The Heirs and Devisees of Tasheena Diaz, Deceased, and All Persons Claiming an Interest By, Through or Under Said Decedent | Ownership Interest |
| | Lamar Central Outdoor LLC, a Delaware corporation, d/b/a Lamar Advertising of Palm Springs | Leasehold Interest |
| | Lawrence Joseph Bow, an individual | Leasehold Interest |
| | Leonard Charles Bow, an individual | Leasehold Interest |
| | Arthur Diaz, Jr., an individual | Leasehold Interest |
| | Belinda Sue Short, an individual | Leasehold Interest |
| | Midvalley Center, L.P., a California limited partnership | Leasehold Interest |
| | CTBC Bank Corp. (USA), Successor in Interest by | Mortgage Interest |

| **PROPERTY** | **DEFENDANT** | **INTEREST** |
|---|---|---|
| | Merger with China Trust Bank of California | |
| | First American Title Insurance Company, a Nebraska corporation | Mortgage Interest |
| | Arthur J. Rouse, d/b/a Outdoor Resorts | Ownership Interest |
| | Tanya R. Morretti, an individual | Ownership Interest |
| | Loni A. Bow, an individual | Ownership Interest |
| | Malerie Marquez, an individual | Ownership Interest |
| | Clara M. Bow, an individual | Ownership Interest |
| | Juan Segundo, Jr., an individual | Easement Interest |
| | Vincent Gonzales, Jr., an individual | Easement Interest |
| | Lamar Central Outdoor, LLC, a Delaware corporation, d/b/a Lamar Advertising of Palm Springs | Leasehold Interest |
| | First Nationwide Resort Management, Inc., a California corporation | Leasehold Interest |
| | Falcon Lake Properties, a California limited partnership | Leasehold Interest |
| | Ruth Elaine Patencio, an individual | Leasehold Interest |
| | Columbine Corporation, a California corporation | Leasehold Interest |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| **PROPERTY** | **DEFENDANT** | **INTEREST** |
|---|---|---|
| | United California Bank, a California corporation | Assignment of Leasehold Interest and Release of Personal Property |
| | Welk Park North, a California general partnership | Leasehold Interest |
| | Welk Park Resort Group, Inc., a California corporation | Leasehold Interest |
| | | |
| **1.324 ACRES, MORE OR LESS, OF ALLOTMENT 105E APN 687-060-005** | United States of America | Fee Owner in Trust |
| | Tanya R. Morretti, an individual | Ownership Interest |
| | Loni A. Bow, an individual | Ownership Interest |
| | Malerie Marquez, an individual | Ownership Interest |
| | Clara M. Bow, an individual | Ownership Interest |
| | Juan Segundo, Jr., an individual | Easement for Highways and Roads |
| | Vincent Gonzales, Jr., an individual | Easement for Highways and Roads |
| | Ruth Elaine Patencio, an individual | Leasehold Interest |
| | Columbine Corp., a California corporation | Leasehold Interest |
| | Desert Cove Golf Resort, LLC, a California limited liability company | Leasehold Interest |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| **PROPERTY** | **DEFENDANT** | **INTEREST** |
|---|---|---|
| | United California Bank, a California corporation | Mortgage Interest |
| | Falcon Lake Properties, a California general partnership | Leasehold Interest |
| | Welk Resort Group, Inc., a California corporation | Leasehold Interest |
| | Welk Resort Properties, Inc., a California corporation | Leasehold Interest |
| | Lamar Central Outdoor, LLC, a Delaware corporation, d/b/a Lamar Advertising of Palm Springs | Leasehold Interest |
| | First Nationwide Resort Management, Inc., a California corporation | Leasehold Interest |
| | Falcon Lake Properties, a California limited partnership | Leasehold Interest |
| | PRLP, Inc., a North Carolina corporation, Successor by Merger with Continental Auxiliary Company, a California corporation | Mortgage Interest |
| | TICOR Title Company of California, a California corporation, Successor in Interest to Title Insurance & Trust | Mortgage Interest |
| | | |
| **0.007 ACRES, MORE** | United States of America | Fee Owner in Trust |

| PROPERTY | DEFENDANT | INTEREST |
|---|---|---|
| OR LESS, OF ALLOTMENT 109E APN 687-060-005 | Darlene Diaz, an individual | Ownership Interest |
| | Las Estancias Development, Inc., a California corporation | Leasehold Interest |
| | Ruth Elaine Patencio, an individual | Leasehold Interest |
| | Columbine Corp., a California corporation | Leasehold Interest |
| | United California Bank, a California corporation | Mortgage Interest |
| | Falcon Lake Properties, a California limited partnership | Leasehold Interest |
| | Welk Park North, a California general partnership | Leasehold Interest |
| | Welk Park Resort Group, Inc., a California corporation | Leasehold Interest |
| | Welk Resort Properties, Inc., a California corporation | Leasehold Interest |
| | Palm Springs Desert Princess Co., an entity of unknown origin | Leasehold Interest |
| | Desert Cove Golf Resort, LLC, a California limited liability company | Leasehold Interest |
| | TICOR Title Company of California, a California corporation, Successor in Interest to Title Insurance & Trust | Mortgage Interest |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| **PROPERTY** | **DEFENDANT** | **INTEREST** |
|---|---|---|
|  | Secured Allied Services, an entity of unknown origin | Mortgage Interest |
|  | Resolution Trust Co., an entity of unknown origin | Mortgage Interest |
|  | Fidelity National Title Insurance Company, a Florida corporation | Mortgage Interest |
|  | First American Title Insurance Company, a Nebraska corporation | Mortgage Interest |
|  |  |  |
| **1.675 ACRES, MORE OR LESS, OF ALLOTMENT 20E APN 687-050-004** | United States of America | Fee Owner in Trust |
|  | Sean M. Schoolcraft, an individual | Ownership Interest |
|  | Falcon Lake Properties, a California limited partnership | Leasehold Interest |
|  | Ruth Elaine Patencio, an individual | Leasehold Interest |
|  | Belinda Segundo Short, an individual | Leasehold Interest |
|  | Donald Patrick Chormicle, an individual | Leasehold Interest |
|  | Ellen Rice, an individual | Leasehold Interest |
|  | Debra Gonzales, an individual | Leasehold Interest |
|  | Lawrence Joseph Bow, an individual | Leasehold Interest |
|  | Leonard Charles Bow, an individual | Leasehold Interest |
|  | Darlene Diaz, an individual | Leasehold Interest |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| PROPERTY | DEFENDANT | INTEREST |
|---|---|---|
| | Columbine Corp., a California corporation | Leasehold Interest |
| | Timothy E. Donovan, Trustee of the Estate of Cathedral Canyon Country Club Properties, an entity of unknown origin | Leasehold Interest |
| | Palms Springs Motors, Inc., a California corporation | Leasehold Interest |
| | Welk Park Resort Group, a California corporation | Leasehold Interest |
| | OK Desert Oasis Golf Management Corp., an Oklahoma corporation, Successor in Interest by Merger with Desert Oasis Golf Management Corp., a California corporation | Leasehold Interest |
| | Cathedral Golf, L.P., a California limited partnership | Leasehold Interest |
| | Welk Resort Properties, Inc., a California corporation | Leasehold Interest |
| | TICOR Title Company of California, a California corporation, Successor in Interest to Title Insurance & Trust | Mortgage Interest |
| | First American Title Insurance Company, a Nebraska corporation | Mortgage Interest |
| | | |
| **3.583 ACRES, MORE** | United States of America | Fee Owner in Trust |

| PROPERTY | DEFENDANT | INTEREST |
|---|---|---|
| **OR LESS, OF ALLOTMENT 28E APNS 674-500-015; 674-500-018; 674-500-039; 674-050-042; 687-500-043** | Paula J. Bleile Belknap, an individual | Ownership Interest |
| | The Heirs and Devisees of Lisa M. Bleile, Deceased, and All Persons Claiming an Interest By, Through or Under Said Decedent | Ownership Interest |
| | Palm Springs Mobile Country Club, a California corporation | Leasehold Interest |
| | Desert Cove Golf Resort, LLC, a California limited liability company | Leasehold Interest |
| | Palm Springs Motor Company, a California corporation | Declaration of Redevelopment Covenant |
| | State of California, Franchise Tax Board | Easement for Highways and Roads |
| | Wells Fargo Bank, N.A. | Mortgage Interest |
| | M.F.S. Properties, a California corporation | Leasehold Interest |
| | R A M Properties, an entity of unknown origin | Leasehold Interest |
| | Happy Traveler Recreational Vehicle Park, a California corporation | Leasehold Interest |
| | | |
| **3.486 ACRES, MORE OR LESS, OF ALLOTMENT 50C APN 502-590-004** | United States of America | Fee Owner in Trust |
| | Patricia Marie Andreas, an individual | Ownership Interest |
| | John Andreas, Jr., an individual | Ownership Interest |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

COMPLAINT IN CONDEMNATION

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| **PROPERTY** | **DEFENDANT** | **INTEREST** |
|---|---|---|
| | Alberta Pauline Arviso, an individual | Ownership Interest |
| | Amber L. Arviso, an individual | Ownership Interest |
| | The Heirs and Devisees of Peter Floyd Arviso, Sr., Deceased, and All Persons Claiming an Interest By, Through or Under Said Decedent | Ownership Interest |
| | Peter Floyd Arviso, Jr. an individual | Ownership Interest |
| | Anthony Boles, an individual | Ownership Interest |
| | Tommy Jacobs' Bel Air Greens LP, a California limited partnership | Leasehold Interest |
| | First American Title Insurance Company, a Nebraska corporation | Mortgage Interest |
| | John Damon Andreas, an individual | Leasehold Interest |
| | Diana Bow, an individual | Leasehold Interest |
| | Lucille Ann Bow, an individual | Leasehold Interest |
| | Pro Tour Classics, Inc., a California corporation | Leasehold Interest |
| | John Damon Andreas, an individual | Leasehold Interest |
| | | |
| **0.884 ACRES, MORE OR LESS, OF ALLOTMENT 60E** | United States of America | Fee Owner in Trust |
| | Priscilla Anne Pete, an individual | Ownership Interest |

| **PROPERTY** | **DEFENDANT** | **INTEREST** |
|---|---|---|
| **APN 677-030-020** | | |
| | | |
| **1.030 ACRES, MORE OR LESS, OF ALLOTMENT 65C APN 502-560-039** | United States of America | Fee Owner in Trust |
| | Belinda S. Short, an individual | Ownership Interest and Leasehold Interest |
| | Falcon Lake Properties, a California limited partnership | Leasehold Interest |
| | Lamar Central Outdoor, LLC, a Delaware corporation, d/b/a Lamar Advertising of Palm Springs | Leasehold Interest |
| | Leroy F. Segundo, an individual | Leasehold Interest |
| | Cain Development Corp., a California corporation | Leasehold Interest |
| | New Mesquite Development Associates, LTD, a California limited liability company | Leasehold Interest |
| | The Heirs and Devisees of James F. Temple, Deceased, and All Persons Claiming an Interest By, Through or Under Said Decedent | Leasehold Interest |
| | Mesquite Country Club, LLC, a California limited liability company | Leasehold Interest |
| | Mesquite Country Club Condominium Homeowners Association, | Leasehold Interest |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| PROPERTY | DEFENDANT | INTEREST |
|---|---|---|
| | a California non-profit mutual benefit corporation | |
| | National Golf Operating Partnership, L.P., a limited partnership | Leasehold Interest |
| | American Golf Corporation, a California corporation | Leasehold Interest |
| | | |
| **6.339 ACRES, MORE OR LESS, OF ALLOTMENT 65E APN 680-170-053** | United States of America | Fee Owner in Trust |
| | Belinda S. Short, an individual | Ownership Interest and Leasehold Interest |
| | Falcon Lake Properties, a California limited partnership | Leasehold Interest |
| | Lamar Central Outdoor, LLC, a Delaware corporation, d/b/a Lamar Advertising of Palm Springs | Leasehold Interest |
| | Arthur W. Diaz, Jr., an individual | Leasehold Interest |
| | R. C. Ellis, an individual | Leasehold Interest |
| | Lawrence W. Bow, an individual | Leasehold Interest |
| | Leonard Charles Bow, an individual | Leasehold Interest |
| | Midvalley Center, L.P., a California limited partnership | Leasehold Interest |
| | TICOR Title Company of California, a California corporation, Successor in | Mortgage Interest |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| PROPERTY | DEFENDANT | INTEREST |
|---|---|---|
| | Interest to Title Insurance & Trust | |
| | CTBC Bank Corp. (USA), Successor in Interest by Merger with China Trust Bank of California | Mortgage Interest |
| | First American Title Insurance Company, a Nebraska corporation | Mortgage Interest |
| | | |
| **1.477 ACRES, MORE OR LESS, OF ALLOTMENT 66E APNS 677-040-025; 677-040-030; 677-040-031** | United States of America | Fee Owner in Trust |
| | Leroy Francisco Segundo, an individual | Ownership Interest |
| | | |
| **1.486 ACRES, MORE OR LESS, OF ALLOTMENT 72E APN 677-020-027** | United States of America | Fee Owner in Trust |
| | Belinda Joyce Olinger, an individual | Ownership Interest |
| | | |
| **1.686 ACRES, MORE OR LESS, OF ALLOTMENT 81EA APN 687-060-047** | United States of America | Fee Owner in Trust |
| | Frances D. Cummings, an individual | Ownership Interest |
| | Falcon Lake Properties, a California limited partnership | Leasehold Interest |
| | Ruth Elaine Patencio, an individual | Leasehold Interest |
| | Columbine Corp., a California corporation | Leasehold Interest |
| | Timothy L. Donovan, | Leasehold Interest |

| PROPERTY | DEFENDANT | INTEREST |
|---|---|---|
| | Trustee of the Estate of Cathedral Canyon Country Club Properties, an entity of unknown origin | |
| | TICOR Title Company of California, a California corporation, Successor in Interest to Title Insurance & Trust | Mortgage Interest |
| | First American Title Insurance Company, a Nebraska corporation | Mortgage Interest |
| | | |
| **0.117 ACRES, MORE OR LESS, AND 0.107 ACRES, MORE OR LESS, OF ALLOTMENT 88E APN 687-060-016** | United States of America | Fee Owner in Trust |
| | Jacob S. Ward, an individual | Ownership Interest |
| | David H. Ward, an individual | Ownership Interest |
| | Falcon Lake Properties, a California limited partnership | Leasehold Interest |
| | Lamar Central Outdoor, LLC, a Delaware corporation, d/b/a Lamar Advertising of Palm Springs | Leasehold Interest |
| | Ruth Elaine Patencio, an individual | Leasehold Interest |
| | Columbine Corp., a California corporation | Leasehold Interest |
| | Timothy E. Donovan, Trustee of the Estate of Cathedral Canyon Country Club Properties, an entity of unknown origin | Leasehold Interest |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| PROPERTY | DEFENDANT | INTEREST |
|---|---|---|
| | TICOR Title Company of California, a California corporation, Successor in Interest to Title Insurance & Trust | Mortgage Interest |
| | First American Title Insurance Company, a Nebraska corporation | Mortgage Interest |
| | | |
| **0.684 ACRES, MORE OR LESS, OF ALLOTMENT 92E APNS 674-020-011; 674-020-012; 674-020-052** | United States of America | Fee Owner in Trust |
| | Barbara M. Gonzales Lyons, an individual | Ownership Interest |
| | MHC Date Palm, L.L.C., a Delaware limited liability company | Leasehold Interest |
| | Frederick Sealey, an individual | Debtor, Financing Statement |
| | Sunrun, Inc., a Delaware corporation | Secured Party, Financing Statement |
| | City National Bank, a National Banking Association | Mortgage Interest |
| | Palm Springs Mobile Country Club, a California corporation | Leasehold Interest |
| | FNBC Properties, Inc., a Delaware corporation | Easement Interest |
| | De Anza Properties, IX, a California limited partnership | Easement Interest |
| | Barbara M. Gonzales Young, an individual | Leasehold Interest |
| | Jack Dean Franks, Trustee | Leasehold Interest |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| **PROPERTY** | **DEFENDANT** | **INTEREST** |
|---|---|---|
| | of the Jack Dean Franks Trust dated June 21, 1979 | |
| | Wells Fargo Bank, N.A. | Mortgage Interest |
| | | |
| **7.984 ACRES, MORE OR LESS, OF ALLOTMENT 97E** APNS 687-050-003; 687-050-018 | United States of America | Fee Owner in Trust |
| | Debrah M. Purnel, an individual | Ownership Interest |
| | MHC Date Palm L.L.C., a Delaware limited liability company | Leasehold Interest |
| | Falcon Lake Properties, a California limited partnership | Leasehold Interest |
| | Ruth Elaine Patencio, an individual | Leasehold Interest |
| | Belinda Segundo Short, an individual | Leasehold Interest |
| | Donald Patrick Chormicle, an individual | Leasehold Interest |
| | Ellen Rice, an individual | Leasehold Interest |
| | Debra Gonzales, an individual | Leasehold Interest |
| | Leonard Charles Bow, an individual | Leasehold Interest |
| | Lawrence Joseph Bow, an individual | Leasehold Interest |
| | Darlene Diaz, an individual | Leasehold Interest |
| | Columbine Corp., a California corporation | Leasehold Interest |
| | Timothy E. Donovan, Trustee of the Estate of Cathedral Canyon Country | Leasehold Interest |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| **PROPERTY** | **DEFENDANT** | **INTEREST** |
|---|---|---|
| | Club Properties, an entity of unknown origin | |
| | Welk Resort Group, Inc., a California corporation | Leasehold Interest |
| | OK Desert Oasis Golf Management Corp., an Oklahoma corporation, Successor in Interest by Merger with Desert Oasis Golf Management Corp., a California corporation | Leasehold Interest |
| | Cathedral Golf, L.P., a California limited partnership | Leasehold Interest |
| | Welk Resort Properties, Inc., a California corporation | Leasehold Interest |
| | TICOR Title Company of California, a California corporation, Successor in Interest to Title Insurance & Trust | Mortgage Interest |
| | Wells Fargo Bank, N.A. | Mortgage Interest |
| | First American Title Insurance Company, a Nebraska corporation | Mortgage Interest |
| | | |
| **0.242 ACRES, MORE OR LESS, OF ALLOTMENT 98C APN 680-170-014** | United States of America | Fee Owner in Trust |
| | Frances Lucille Diaz, an individual | Ownership Interest |
| | | |
| **6.093 ACRES, MORE OR LESS, OF** | United States of America | Fee Owner in Trust |
| | Frances D. Cummings, an | Ownership Interest |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

| **PROPERTY** | **DEFENDANT** | **INTEREST** |
|---|---|---|
| **ALLOTMENT 98E** | individual | |
| **APNS 687-360-017; 687-360-019; 687-050-025; 687-050-039; 687-060-015; 687-060-044** | Falcon Lake Properties, a California limited partnership | Leasehold Interest |
| | TICOR Title Company of California, a California corporation, Successor in Interest to Title Insurance & Trust | Mortgage Interest |
| | Secured Allied Services, an entity of unknown origin | Mortgage Interest |
| | First American Title Insurance Company, a Nebraska corporation | Mortgage Interest |
| | Ruth Elaine Patencio, an individual | Leasehold Interest |
| | Columbine Corp., a California corporation | Leasehold Interest |
| | Timothy E. Donovan, Trustee of the Estate of Cathedral Canyon Country Club Properties, an entity of unknown origin | Leasehold Interest |
| | Falcon Lake Properties, a California limited partnership | Leasehold Interest |
| | Cathedral Golf, LP., a California limited partnership | Leasehold Interest |
| | Frances Diaz Edwards, an individual | Leasehold Interest |
| | Ruth Elaine Patencio, an individual | Leasehold Interest |

| PROPERTY | DEFENDANT | INTEREST |
|---|---|---|
| | Ellen Rice Ward, an individual | Leasehold Interest |
| | Leonard Charles Bow, an individual | Leasehold Interest |
| | Lawrence Joseph Bow, an individual | Leasehold Interest |
| | Darlene Marie Diaz, an individual | Leasehold Interest |
| | Debra Michele Gonzales | Leasehold Interest |

12.   In addition to the defendants identified above, there may be others whose names are currently unknown to CVAG, and who have or may claim some interest in the Property ("Unknown Owners").  Such Unknown Owners are hereby made defendants in this action.

## PROJECT DESCRIPTION

13.   CVAG is currently constructing portions of the "CV Link Multi-Modal Transportation Project" ("CV Link") in the Coachella Valley.  CV Link is an approximately 40-mile multi-modal transportation corridor extending from the City of Palm Springs in the west to the City of Coachella in the east, in Riverside County, California.  CV Link will generally feature a broad paved path for low speed electric vehicles and bicycles, and a softer-surface, narrower path for pedestrians.  Shade structures, drinking fountains, way finding signs, and safety features will also be available for CV Link users.  The first segment of CV Link opened on February 23, 2018 in the City of Cathedral City, and an additional segment has since been built in the City of Palm Springs.

14.   Over the next five years, CVAG intends to construct CV Link in the cities of Palm Springs, Cathedral City, Palm Desert, La Quinta, Indio, and Coachella, as well as in unincorporated Riverside County and on lands belonging to

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

1   the Agua Caliente Band of Cahuilla Indians, the Cabazon Band of Mission Indians,

2   and the Twenty-Nine Palms Band of Mission Indians.

3       15.    CV Link will generally follow the Whitewater River (also known as

4   the Whitewater Stormwater Channel) and Tahquitz Creek.  Accordingly, CV Link

5   is designed to traverse existing levees along major storm water channels and local

6   roadways where possible, including the Whitewater River, Tahquitz Creek, and

7   Highway 111.  CV Link's western termini in northern Palm Springs near the access

8   point for the Palm Springs Aerial Tram that ascends Mount San Jacinto and in

9   central Palm Springs provide access to downtown Palm Springs and the Tahquitz

10  Canyon Visitor Center.  CV Link's eastern terminal is located at Airport Boulevard

11  on the border between the City of Coachella and the unincorporated community of

12  Thermal.

13      16.    CVAG has secured more than $100 million in funding for CV Link,

14  primarily in the form of grants.  Grant funding sources include the California

15  Strategic Growth Council, Riverside County Park and Open Space District, Desert

16  Healthcare District, Congestion Mitigation & Air Quality Improvement Program

17  ("CMAQ"), South Coast Air Quality Management District, California Active

18  Transportation Program, and the California Transportation Commission.  CVAG

19  also works closely with the California Department of Transportation ("Caltrans"),

20  which served as the lead agency for finalizing the required environmental review

21  under the National Environmental Policy Act ("NEPA").

22                          **PROJECT BACKGROUND**

23      17.    The vision for CV Link began more than 10 years ago, in 2007, when

24  the Coachella Valley Community Trails Alliance, a non-profit organization,

25  advocated for a bike path along the Whitewater River channel, called the

26  Whitewater River Trail.  By late 2009, a trail corridor study had been completed,

27  followed by an update to the Coachella Valley non-motorized transportation plan in

28  2010.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

18.    In 2011, CVAG began reviewing the plan and expanded it to be a multi-modal corridor.  The project was renamed the Parkway 1e11, which CVAG perceived as an alternative connection along the northwest-southeast axis of the Coachella Valley that Highway 111 was not able to fully service.  The following year, CVAG approved investing Measure A sales tax revenue in the project to address transportation, air quality, public health, and equity concerns.  CVAG commissioned a host of studies, including a preliminary study report, air quality benefits report, and economic impact study related to the Parkway 1e11 project.  In 2013, CVAG began work in earnest on a master plan for CV Link, completing it in 2016.

19.    Prior to commencing construction in 2017, CV Link underwent significant environmental review, including both an Environmental Assessment ("EA") under NEPA and an Environmental Impact Report ("EIR") under the California Environmental Quality Act ("CEQA").  NEPA review was carried out by Caltrans pursuant to 23 U.S.C § 327, as well as a Memorandum of Understanding executed by the Federal Highway Administration and Caltrans on December 23, 2016.

20.    On July 26, 2018, Caltrans approved an EA and determined that CV Link would have no significant impact on the human environment.  Accordingly, Caltrans approved a Finding of No Significant Impact for CV Link.

21.    CVAG also prepared an EIR pursuant to CEQA, which evaluated four project alternatives:

- The "Proposed Project," consisting of an approximately 44-mile route spanning from the City of Palm Springs to the City of Coachella, but which did not include route improvements through the City of Rancho Mirage;

- "Alternative 1," an approximately 40-mile route, spanning from the City of Palm Springs to the City of Coachella, but which did not

include route improvements through the City of Rancho Mirage or the City of Indian Wells;

- "Alternative 2," an approximately 49-mile route, spanning from the City of Palm Springs to the City of Coachella, with all cities included; and

- "No Build/No Project Alternative," where no unifying multi-modal arterial would be constructed.

22.    On May 15, 2017, CVAG adopted Resolution 17-003 certifying the final EIR for CV Link.   CVAG also adopted Resolution 17-004 approving Alternative 1, with slight modifications.   CVAG ultimately selected Alternative 1, as slightly modified, because it would minimize environmental impacts, maximize project goals and objectives, and minimize overall impacts on property owners. The Allotted Lands and non-Allotted Lands are all along the route contemplated by Alternative 1.   All of the Property to be acquired is vacant, and no relocation will be required.

23.    Following its certification of the EIR and approval of Alternative 1, as slightly modified, CVAG undertook to negotiate rights of way from interest holders in the Property and other land not subject to this proceeding.   However, CVAG was not able to timely secure the necessary rights of way for all properties encompassed by Alternative 1, including the Property.   CVAG therefore determined that it was necessary to exercise its eminent domain powers to obtain the perpetual, exclusive easements necessary to complete CV Link.

24.    Accordingly, CVAG scheduled a public hearing for June 24, 2019 at 4:30 p.m. at the public forum located at 32-250 Bob Hope Drive, Rancho Mirage, CA 92270, to discuss the public interest and necessity of CV Link, its compatibility with the greatest public good and least private injury, and the necessity of the Property (and other land) to the project.   CVAG also gave notice to each person

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

whose land was proposed for acquisition, including those whose names and addresses appeared on Riverside County's assessment roll.

25.     At the public hearing, following public discussion, CVAG adopted two Resolutions of Necessity to acquire by eminent domain the easements necessary to complete CV Link:  Resolutions 19-003 and 19-004.  Condemned easements would be on either Allotted Land or non-Allotted Land, as encompassed by Alternative 1 (as modified).  Resolution 19-003 applies to the Property, which is Allotted Land, and Resolution 19-004 applies to non-Allotted Land.

26.     Resolution 19-003 was adopted by a two-thirds majority vote, with 12 votes in favor, one vote against by Mayor Pro Tem Hobart of the City of Rancho Mirage, three members abstaining—Tribal Chairman Jeff Grubbe of the Agua Caliente Band of Cahuilla Indians, County of Riverside Supervisor Jeff Hewitt, and Mayor Ted Mertens of the City of Indian Wells—and one member, Cabazon Band of Mission Indians Tribal Chairman Douglas Welmas, absent.  Resolution 19-003 is incorporated herein by reference and is attached as Exhibit B.

27.     CVAG found and determined in Resolution 19-003 that:

(1)     The public interest and necessity require CV Link;

(2)     CV Link is planned or located in a manner that will be most compatible with the greatest public good and the least private injury;

(3)     The acquisition of the portions of the real property are necessary for CV Link; and

(4)     The offer to purchase the portions of Allotted Lands required by section 7267.2 of the California Government Code was made.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

# THE RIGHT TO TAKE

## A.   Public Purpose

28.   CV Link serves a diversity of public purposes, including fostering mobility within the Coachella Valley; promoting public health and wellness through exercise and different modes of transportation; ensuring public safety by providing a dedicated corridor for different modes of transportation; enhancing mobility and accessibility for disadvantaged individuals; and providing environmental benefits, such as improved air quality and reduced carbon emissions.

29.   Accordingly, CV Link is designed to meet transportation, health and safety, social, environmental, and infrastructural objectives that support CV Link's broad public purposes.  These objectives include:

- Creating a regional multi-modal transportation facility that interconnects the highest intensity land use corridor in the Coachella Valley with neighborhoods, schools, parks, tourist destinations, retail centers, high density residential development, and employment centers to enhance community livability and cohesiveness;

- Helping the Coachella Valley comply with the Global Warming Solutions Act (AB 32) and the Sustainable Communities and Climate Protection Act (SB 375) by encouraging zero-emission transportation technologies, transit, and active transportation;

- Promoting healthy lifestyles through the provision of infrastructure where people can safely travel and recreate by means of active transportation, which will help address public health problems such as childhood obesity and diabetes;

- Providing a safer alternative for active transportation by limiting conflicts between motor vehicle traffic, pedestrians, and bicyclists, thereby reducing injuries and fatalities while creating a pleasant user experience by providing grade-separated crossings (bridges and

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

undercrossings) of major roadways to the greatest extent possible;

- Supporting "safe routes to schools" efforts by providing safe connections to K-12 schools in three school districts, as well as to higher education opportunities; and

- Optimizing the use of underutilized flood control rights-of-way, enhancing stormwater maintenance infrastructure, and improving emergency response access.

30.    These objectives are critical to support CV Link's public purposes remedying integration deficiencies in the Coachella Valley.

## B.    The Public Interest and Necessity Require the Project

31.    At its core, CV Link addresses the lack of integrated multi-modal transportation facilities within the Coachella Valley.  Cities across the Coachella Valley have been incorporating CV Link into their respective general plans and any related transportation planning documents.  As a global matter, CV Link implements important state and federal transportation plans such as "Complete Streets," which serves to enhance roadway access to all multi-modal transportation systems.  Of more local concern, however, is the high number of collisions between pedestrians/bicycles and high speed vehicles, e.g. cars and trucks, that occur on the existing roadways in the Coachella Valley.  The vast majority of those collisions occur within one mile of the CV Link route.  By providing an integrated multi-modal transportation corridor, CV Link should significantly reduce the frequency of collisions between pedestrians and bicyclists, on the one hand, and cars and trucks, on the other.  At the same time, by enhancing connectivity between major employment, residential, recreational, and institutional centers throughout the Coachella Valley, CV Link facilitates and promotes the use of alternative modes of transportation, including walking, bicycles, mobility assistance devices, and LSEVs.  This has the intended consequence of promoting health and wellness by enhancing the valley's active transportation network for CV Link users.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

32.   CV Link also serves local economic interests by providing a tourist amenity that is not offered anywhere else in the nation, and which local residents and business may utilize as an integrated feature of their community.  Moreover, in creating this tourist and local amenity, CV Link eliminates blighted conditions that have become a source of public nuisances in the valley, including unused or underutilized space that is otherwise resistant to improvement.

33.   Accordingly, public interest and necessity require CV Link.

**C.    CV Link is Compatible with the Greatest Public Good and Least Private Injury**

34.   CV Link, which is Alternative 1 (as slightly modified) in CVAG's EIR, is planned and located in a manner that is most compatible with the greatest public good and the least private injury.  CV Link includes the Property because it is reasonably suited and useful to CV Link.  Moreover, the Property is vacant and no relocation will be required.

35.   From a public good perspective, CV Link is intended to help reduce vehicle miles traveled, vehicle congestion and collisions along local roadways, and pollutant emissions.  At the same time, CV Link will encourage individuals to use alternative modes of transportation, thus supporting mobility and increasing user safety by creating an interface between automobiles and alternative modes of transportation.  CV Link also addresses absentee property owners and will allow for the removal of blighted property in the area and improve underutilized properties.

36.   CV Link will also cause the least private injury to users because it fits into the existing transportation system by correcting existing multi-modal deficiencies and enhancing the multi-modal connectivity in the Coachella Valley. The Property (and other land) to be acquired is best suited for the project because it will never be developed with large structures that may be exposed to potential flooding.

**D.   The Acquisition of the Property is Necessary for the Project**

37.   The Property is needed for the construction of CV Link and will benefit the community by providing enhanced traffic flow safety for both vehicular and pedestrian traffic.   Immediate acquisition of the Property is necessary to proceed with constructing CV Link, and to meet CVAG's strict certification and funding deadlines for the project.   Without proper certification, CV Link faces a potential loss of funding that would jeopardize CVAG's ability to move forward with the project.

38.   The Property identified in Resolution 19-003 is needed for CV Link. To move a project of this magnitude elsewhere in the valley would require significant land use policy changes and cause a greater impact to property owners and cities.

39.   Moving CV Link elsewhere in the valley would also be cost prohibitive.   CV Link is a reasonable expenditure of public funds because it has been developed within the framework of local and regional transportation planning and policy that supports alternative modes of transportation and safety.   It will provide necessary upgrades to the currently deficient multi-modal connectivity in the valley which supports diversified modes of transportation.

40.   Appraisals were prepared by Capital Realty Analysts (Michael A. Scarcella) and Anderson & Brabant, Inc. (James Brabant & David C. Ottley), to establish the fair market value of the easements that CVAG is seeking to acquire, including for the Property.   Offers of just compensation were made to the property owners of record to purchase the easement interests as established by the approved appraisals and as required by the Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970 and Section 7267.2 of the California Government Code.

41.   Although negotiated settlements may still be possible for the Property, it is appropriate to commence eminent domain procedures to acquire easements

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

over the Property so that CVAG can continue constructing CV Link.   However, CVAG will continue to be receptive to negotiations that interested Allottees may wish to initiate in the future.

### E.   CVAG has Statutory Authority to Acquire Allotted Lands by Eminent Domain, and to Obtain Prejudgment Possession

42.   California Code of Civil Procedure § 1240.140, California Government Code §§ 25330.5 and 37350.5, and 25 U.S.C § 357 authorize CVAG to acquire the Property by eminent domain.

43.   25 U.S.C. § 357, titled "Condemnation of lands under laws of States," authorizes condemnation of allotted lands held in trust by the United States for individual members of Indian tribes, i.e. the Property.   The Property identified in this complaint is all located within Riverside County, California, and is therefore within the State of California for purposes of 25 U.S.C. § 357.   Accordingly, California eminent domain law applies to this action.

44.   At or around the time of filing, CVAG will also move for an order for immediate possession of the Property.[1]   CVAG is authorized to take the Property, and will deposit the appropriate amounts with the Clerk of this Court.   As an eminent domain plaintiff, CVAG is presumed to have met the requirements for possession if the motion for prejudgment possession is not opposed within 30 days of service.[2]

---

[1] Pursuant to California Code of Civil Procedure § 1255.410(a), at the time of filing the Complaint or at any time after filing the Complaint and prior to entry of judgment, the plaintiff in a condemnation action may move the Court for an order for possession, demonstrating that it is entitled to take the property by eminent domain and has deposited an amount that satisfies the requirements of that article.

[2] See Fed. Rule of Civ. Proc. Rule 71.1(c)(3), which provides that "[w]hen the action commences, the plaintiff need join as defendants only those persons who have or claim an interest in the property and whose names are then known." According to the Rule's Advisory Committee Notes, the purpose of this provision is to allow the United States (as plaintiff) to acquire immediate possession of the

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

**WHEREFORE**, CVAG prays and demands judgment from this Court that:

1.    The Property and interests herein described be condemned for CVAG's use for the purposes set forth herein; and

2.    Defendants, including all Unknown Persons claiming an interest in the Property, be directed to answer and assert any claims they, or any of them, may have in the Property described herein; and

3.    Just compensation be ascertained for the taking and the amount of the award for the Property be first determined between plaintiff and all defendants claiming any interest therein; and

4.    All liens and encumbrances against the Property be deducted from the judgment; and

5.    CVAG be granted immediate prejudgment possession of the Property; and

6.    For such other and further relief as the Court may deem just and proper.

---

property, thus avoiding delayed possession by unknown defendants: "In subdivision (c)(2) [now (c)(3)], it is stated: 'Upon the commencement of the action, the plaintiff need join as defendants only the persons having or claiming an interest in the property whose names are then known.' That is to enable the United States to exercise the right to immediate title or possession without the delay involved in ascertaining the names of all interested parties." Fed. R. Civ. P. 71.1.

Similarly, under California law, CVAG has the right to immediate possession, provided it complies with statutory requirements: "the court *shall* make an order for possession" if it finds that the plaintiff is entitled to take the property by eminent domain, and that it has made the requisite deposit." Code Civ. Proc. § 1255.410, subd. (d)(1) (emphasis added). Only if the motion is opposed will CVAG bear the additional burden of showing that there is an overriding need for prejudgment possession and that it will suffer substantial hardship that is greater than the hardship suffered by the opposing party if prejudgment possession is denied.

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3390 UNIVERSITY AVENUE, 5TH FLOOR
P.O. BOX 1028
RIVERSIDE, CA 92502

1    Dated:    December 16, 2019              BEST BEST & KRIEGER LLP

2

3                                            By: /s/ Miles B. H. Krieger
                                                  KENDALL H. MacVEY
4                                                 GREGORY G SNARR
                                                  MILES B. H. KRIEGER
5                                                 HOLLAND P. STEWART
                                                  Attorneys for Plaintiff
6                                                 COACHELLA VALLEY
                                                  ASSOCIATION OF
7                                                 GOVERNMENTS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28