UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **ED CV 19-2419-DMG (KKx)** | Date | March 3, 2020 |
| Title | *Coachella Valley Association of Governments v. 52.462 Acres of Land, et al.* | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On January 23, 2020, the Court set a Scheduling Conference. [Doc. # 13.] As required by the Court's January 23, 2020 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report, attaching a worksheet (Exhibit A). To date, a completed worksheet has not been filed.

The Scheduling Conference set for hearing on March 6, 2020 is continued to **March 20, 2020 at 9:30 a.m.** The parties shall file their revised Joint Rule 26(f) Report, attaching a completed worksheet attached to the Court's January 23, 2020 Order, by no later than March 13, 2020.

IT IS SO ORDERED.